UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAMON SCOTT,

                Petitioner,

      -against-

MICHAEL CAPRA,

                Respondent.

**ORDER**

23 Civ. 3923 (KMK) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      Following the receipt of Respondent's status update letter filed on January 7, 2025, ECF No. 21, the Court received a copy of Petitioner's motion for an extension of time for seeking leave to appeal the denial of his § 440.10 motion. ECF No. 22. The motion appears to have been placed in the mail for filing in the New York State Appellate Division, Second Department on December 10, 2024. *See id.*

      The Court therefore directs Respondent to file a letter **by no later than February 7, 2025**, providing the Court with a status update regarding Petitioner's motion for an extension of time to seek leave to appeal. In the interim, this matter remains stayed; a further briefing schedule will be put in place once Petitioner's additional claims have been exhausted.

      The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Petitioner.

Dated: January 8, 2025
       White Plains, New York

                                           **SO ORDERED.**

                                           _____
                                           ANDREW E. KRAUSE

                                                  United States Magistrate Judge